# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 00-1391

———————

Arlene Otis,

          Appellant,

    v.

J.C. Penney Credit Card Services, a
Delaware corporation; J.C. Penney Co.,
Inc., Sun Ray, MN; J.C. Penney Credit
Regional Service Center, Bloomington,
MN; Steve Petlewski, Manager, J.C.
Penney - Sun Ray, MN,

          Appellees.

\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*

Appeal from the United States
District Court for the
District of Minnesota.

[UNPUBLISHED]

———————

Submitted: March 6, 2001
Filed: March 9, 2001

———————

Before BOWMAN, BEAM, and LOKEN, Circuit Judges.

———————

PER CURIAM.

    Arlene Otis appeals from the district court's[1] adverse grant of summary judgment
in her lawsuit arising out of action taken on Otis's store credit account. Upon de novo

---

[1]The Honorable Ann D. Montgomery, United States District Judge for the
District of Minnesota.

review, see Krentz v. Robertson Fire Protection Dist., 228 F.3d 897, 902 (8th Cir. 2000), we affirm for the reasons explained by the district court at the conclusion of the summary judgment hearing and in the court's subsequent written order. We also conclude that the sanctions imposed by the district court were not an abuse of discretion. See Cooter & Gell v. Hartmarx Corp., 496 U.S. 384, 405 (1990) (standard of review).

Accordingly, we affirm. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.